UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 12-00239-DMG |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER |
| | ) | HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| VERONICA AGUILAR, | ) | U.S.C. § 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( x ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*History of violation of supervised release; no adequate bail resources or*

1

*sureties; history of failures to appear; records indicate potential association with multiple identifiers; and instant allegations suggest lack of amenability to supervision.*

and

B. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*History of substance abuse including while on supervised release, failure to comply with residential drug treatment; the instant allegations and prior violations suggest lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 5/8/19

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge